**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 59 EAL 2020
:
                Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
                v. :
:
:
CORDARRYL BRAXTON, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.